Golden Krust
3958 Park Ave.
Bronx, NY 10457


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Maverick Management
1000 Pennsylvania Ave.
Brooklyn, NY 11207


NYC Department of Health & Mental Hygiene
Office of General Counsel
42-09 28th Street, 14th floor
Long Island City, NY 11101


NYS Dept. Of Taxation & Finance
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227


Waste Connections
99 Wood Ave. South
Suite 1001
Iselin, NJ 08830